# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JUSTIN WAYNE SMITH

NO. 2024 KW 1106

**FEBRUARY 10, 2025**

---

In Re:     Justin Wayne Smith, applying for supervisory writs, 23rd
           Judicial District Court, Parish of Ascension, No. 36290.

---

BEFORE:    PENZATO, STROMBERG, AND CALLOWAY,[1] JJ.

   **WRIT DENIED.** Relator failed to show that he is entitled to an
out-of-time appeal pursuant to **State v. Counterman,** 475 So.2d 336
(La. 1985). See **State v. Shakir,** 2022-01069 (La. 10/18/22), 348
So.3d 718, 719 (per curiam); **State v. Johnson,** 2016-2232 (La.
3/9/18), 237 So.3d 1184 (per curiam). Furthermore, a petitioner
cannot appeal or seek review of a sentence imposed in conformity
with a plea agreement. See La. Code Crim. P. art. 881.2(A)(2).

                         **AHP**
                         **TPS**
                         **CAC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT

---

[1] **Calloway, J.,** serving as judge *pro tempore* of the Court of Appeal,
First Circuit, by special appointment of the Louisiana Supreme Court.